JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MAMBO, an Individual<br><br>        Plaintiff,<br><br>  v.<br><br>LITTON LOAN SERVICING LP as Successor-In-Interest to NEW CENTURY MORTGAGE CORPORATION; and DOES 1-10,<br><br>        Defendants.<br>_____ | Case No. **CV 10 7159 RSSx**<br><br>*Assigned for all purposes to:*<br>*Judge Manuel L. Real; Courtroom 8*<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** on January 3, 2011, the Motion to Dismiss Plaintiff's Complaint and Motion to Strike Portions of Plaintiff's Complaint brought by Defendant, LITTON LOAN SERVICING LP, *erroneously sued as Litton Loan Servicing LP as Successor-In-Interest to New Century Mortgage Corporation* ("Litton" and/or "Defendant"), came on regularly for hearing before the Honorable Judge Presiding. The appearances of the parties were noted for the record.

Having duly considered the papers filed, and the oral argument of counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

The Defendant's Motion to Dismiss is granted without leave to amend, as to all defendants.

**IT IS FURTHER ORDERED THAT:**

Defendant's Motion to Strike is deemed moot in light of the ruling on its Motion to Dismiss.

Dated: _January 7, 2011_      By: _____

                                              Judge of the United States District Court